**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

In re: BAYCOL PRODUCTS LITIGATION

This Document Relates to

ROBERT DEAN BOGART

Plaintiff,

v.

BAYER CORPORATION and BAYER AG,
GLAXOSMITHKLINE, PLC

Defendants.

MDL No. 1431 (MJD/JGL)

CASE NUMBER 02-CV-0191 MJD/JGL

STIPULATION OF DISMISSAL

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

APR 02 2004

Michael J. Davis
United States District Judge

1004975.1