**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to | |
| MARLA COWIE | CASE NUMBER 02-CV-0191 MJD/JGL |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL |
| BAYER CORPORATION and BAYER AG, GLAXOSMITHKLINE, PLC | |
| Defendants. | |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

APR 0 2 2004

Michael J. Davis

United States District Judge

1004976.1