**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431 (MJD/JGL)

This Document Relates to

TILLMAN SIMMS, JR.

Plaintiff,

v.

BAYER CORPORATION and BAYER AG, GLAXOSMITHKLINE, PLC

Defendants.

CASE NUMBER 02-CV-0191 MJD/JGL

STIPULATION OF DISMISSAL

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

AUG 16 2004

Michael J. Davis

United States District Judge

1035613.1

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to | |
| TILLMAN SIMMS, JR. | CASE NUMBER 02-CV-0191 MJD/JGL |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| BAYER CORPORATION and BAYER AG, GLAXOSMITHKLINE, PLC | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs.

Dated: July ____, 2004

Respectfully submitted,

Kathryn Barnett by JMD
Kathryn Barnett
Lieff, Cabraser, Heimann & Bernstein, LLP
3319 West End Ave.
Suite 600
Nashville, TN 37203
(615) 313-9000
*Counsel for Plaintiff Robert Dean Bogart*

James M. Doran
James M. Doran, Jr.
Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
A Professional Limited Liability Company
511 Union Street, Suite 2100
Nashville, TN 37219
(615) 244-6380

1035613.1

Phillip S. Beck
Adam L. Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN
PALENCHAR & SCOTT
54 W. Hubbard Street, Suite 3000
Chicago, IL 60610
Telephone: (312) 494-4400

Gene C. Schaerr
Frank R. Volpe
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000

Susan A. Weber
Sara J. Gourley
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
Chicago, IL 60603
Telephone: (312) 853-7000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOT, LLC
USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 566-6000

*Counsel for Bayer Corporation and Bayer AG*

Dianna Baker Shew
Stites & Harbison PLLC
Eighteenth Floor
SunTrust Center
424 Church Street
Nashville, TN 37219

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc*

1035613.1